# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ARSENAL ENERGY HOLDINGS LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 19-10226 (BLS) |

## AGENDA FOR FIRST DAY HEARING
## AND INDEX OF FIRST DAY PLEADINGS

**Date and Time of Hearing:** <u>**FEBRUARY 6, 2019 AT 10:30 A.M. (ET)**</u>

**Location:** **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801**

## PETITION AND RELATED PLEADINGS

1. Voluntary Chapter 11 Petition [D.I. 1, 2/4/19]

2. Declaration of Allen Goetz, Chief Financial Officer, in Support of Chapter 11 Petitions, First Day Pleadings and Retention Applications [D.I. 2, 2/4/19]

## MATTERS GOING FORWARD

3. Debtor's Application for Entry of an Order Appointing Prime Clerk LLC as Claims and Noticing Agent, Pursuant to 28 U.S.C. § 156(c), Section 105(a) of the Bankruptcy Code, Bankruptcy Rule 2002(f), and Local Rule 2002-1(f), Effective *Nunc Pro Tunc* to the Petition Date [D.I. 3, 2/4/19]

    <u>Status</u>:   This matter is going forward.

4. Debtor's Motion for Entry of an Order (I) Authorizing Continued Maintenance and Use of Prepetition Bank Account; (II) Authorizing Continued Use of Existing Check and Business Forms; (III) Waiving the Requirements of 11 U.S.C. § 345(b); and (IV) Granting Related Relief [D.I. 4, 2/4/19]

    <u>Status</u>:   This matter is going forward.

---

[1]  The last four digits of the Debtor's taxpayer identification number are 6279. The Debtor's address is 6031 Wallace Road Ext., Suite 300, Wexford, PA 15090.

01:24116719.1

5. Debtor's Motion for Entry of an Order (I) Scheduling Combined Hearing on Adequacy of Disclosure Statement and Confirmation of Pre-Packaged Plan; (II) Approving Procedures for Objecting to Disclosure Statement and Pre-Packaged Plan; (III) Approving Prepetition Solicitation Procedures and Form and Manner of Notice of Commencement, Combined Hearing, and Objection Deadline; (IV) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases; (V) Conditionally (A) Directing the United States Trustee Not to Convene Section 341(a) Meeting of Creditors and (B) Waiving Requirement of Filing Schedules and Statements and Rule 2015.3 Reports; and (VI) Granting Related Relief [D.I. 5, 2/4/19]

Related Documents:

A. Pre-Packaged Plan of Reorganization of Arsenal Energy Holdings LLC [D.I. 6, 2/4/19]

B. Disclosure Statement for Pre-Packaged Plan of Reorganization of Arsenal Energy Holdings LLC [D.I. 7, 2/4/19]

C. Declaration of James Daloia of Prime Clerk LLC Regarding Solicitation of Votes and Tabulation of Ballots Cast on the Pre-Packaged Plan of Reorganization of Arsenal Energy Holdings LLC [D.I. 8, 2/4/18]

Status: This matter is going forward.

Dated: February 5, 2019
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ashley E. Jacobs*
Pauline K. Morgan (No. 3650)
Kara Hammond Coyle (No. 4410)
Ashley E. Jacobs (No. 5635)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:   (302) 571-1253

-and-

SIMPSON THACHER & BARTLETT LLP
Michael H. Torkin
Kathrine A. McLendon
Nicholas E. Baker
425 Lexington Avenue
New York, New York 10017
T: (212) 455-2000
F: (212) 455-2502

*Proposed Counsel to the Debtor and Debtor in Possession*