**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ARSENAL ENERGY HOLDINGS LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 19-10226 (BLS)<br><br><br>Ref. Docket Nos. 6, 7 & 61 |

**NOTICE OF (I) ENTRY OF ORDER APPROVING DISCLOSURE STATEMENT FOR AND CONFIRMING THE PRE-PACKAGED PLAN OF REORGANIZATION OF ARSENAL ENERGY HOLDINGS LLC; (II) OCCURRENCE OF EFFECTIVE DATE; AND (III) PROFESSIONAL CLAIMS BAR DATE**

**TO ALL CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that, on February 13, 2019, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), entered an order [Docket No. 61] (the "Confirmation Order") approving the *Disclosure Statement for Pre-Packaged Plan of Reorganization of Arsenal Energy Holdings LLC* [Docket No. 7] (as the same may have been modified, supplemented, and amended, the "Disclosure Statement") (attached as Exhibit A to the Confirmation Order) and confirming the *Pre-Packaged Plan of Reorganization of Arsenal Energy Holdings LLC* [Docket No. 6] (as modified, amended, and including all supplements and exhibits thereto, the "Plan")[2] (attached as Exhibit B to the Confirmation Order) of the above-captioned debtor and debtor in possession (the "Debtor").

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on **February 14, 2019**.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Article II.A(i) of the Plan, all final applications for Professional Fee Claims for services rendered or reimbursement of costs, expenses or other charges incurred by Professionals after the Petition Date and prior to and including the Effective Date shall be filed with the Bankruptcy Court and served on the Reorganized Debtor, counsel to the Reorganized Debtor, and such other Entities who are designated by the Bankruptcy Rules, the Confirmation Order, or other order of the Bankruptcy Court **no later than March 18, 2019** (the "Professional Claims Bar Date"). Any Holder of a Professional Fee Claim that does not file and serve such application by the Professional Claims Bar Date shall be forever barred from asserting such Professional Fee Claim against the Debtor, the Reorganized Debtor, or their respective properties, and such Professional Fee Claim shall be deemed discharged as of the Effective Date. Objections to any

---

[1] The last four digits of the Debtor's taxpayer identification number are 6279. The Debtor's address is 6031 Wallace Road Ext., Suite 300, Wexford, PA 15090.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Plan and the Confirmation Order, as applicable.

final applications for Professional Fee Claims must be filed and served on the Reorganized Debtor, counsel to the Reorganized Debtor, and the applicable Professional no later than **twenty (20) days after the filing of such final fee application with respect to such Professional Fee Claim**.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order, the Plan, and copies of all documents filed in the chapter 11 case are available free of charge by visiting https://cases.primeclerk.com/AEH or by calling the Debtor's restructuring hotline at (844) 339-4103 (U.S./Canada toll free) or (929) 247-2934 (international). You may also obtain copies of any pleadings filed in the chapter 11 case for a fee via PACER at: http://www.deb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has approved certain discharge, release, exculpation, injunction, and related provisions in Article X of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtor, the Reorganized Debtor, and any Holder of a Claim or an Equity Interest and such Holder's respective predecessors, successors, and assigns, whether or not the Claim or the Equity Interest of such Holder is Impaired under the Plan, and whether or not such Holder voted to accept the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Confirmation Order contain other provisions that may affect your rights. You are encouraged to review the Plan and the Confirmation Order in their entirety.

Dated: February 14, 2019
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ashley E. Jacobs*
Pauline K. Morgan (No. 3650)
Kara Hammond Coyle (No. 4410)
Ashley E. Jacobs (No. 5635)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:    (302) 571-6600/Fax:    (302) 571-1253

-and-

SIMPSON THACHER & BARTLETT LLP
Michael H. Torkin
Kathrine A. McLendon
Nicholas E. Baker
425 Lexington Avenue
New York, New York 10017
T: (212) 455-2000/F: (212) 455-2502

*Proposed Counsel to the Debtor and Debtor in Possession*

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE,
PLEASE CONTACT PRIME CLERK LLC BY CALLING (844) 339-4103**

01:24168958.1